IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BILLY RAMIREZ ALVERIO,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

CIVIL CASE NO. 04-1624 (PG)
CRIMINAL NO. 00-728 (PG)
CRIMINAL NO. 01-057 (PG)

## ORDER

The United States Marshal is to arrange for above petitioner to be brought before this court for an evidentiary hearing related to his petition for post-conviction relief. 28 U.S.C. § 2255. This Magistrate Judge is to be immediately notified once petitioner is available at MDC Guaynabo. The Federal Public Defender's Office is appointed to represent petitioner at the evidentiary hearing that shall be set pursuant to the judgment entered on January 8, 2007, by the U.S. Court of Appeals for the First Circuit.

The Clerk's Office is to provide appointed counsel, or make available for his inspection, copy of the criminal record and of any and all transcripts of the ensuing criminal proceedings. The Federal Public Defender's Office shall provide notice to the undersigned, after being able to interview the petitioner and examine the above stated documents, in order to schedule the evidentiary hearing. The Clerk's Office is, in addition to the parties of record, to notify this order to the U.S. Marshal Service.

IT IS SO ORDERED.

San Juan, Puerto Rico, 4th day of June of 2007.

s/Marcos E. López
MARCOS E. LOPEZ
UNITED STATES MAGISTRATE JUDGE